Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Paul Lewis Reis, Jr. | § | Case No. 09-70166-HDH-13 |
| and | § | |
| Marithea Evelyn Reis | § | |
| DEBTORS | § | |

RESPONSE TO MOTION FOR RELIEF FROM ORDER OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Attorney, Monte J. White, in the above-titled cause and files this Response to Motion for Relief from Order of Dismissal.

On 1/21/2010, Attorney, Ron L. Yandell, on behalf of Debtors, filed a Motion for Relief from Order of Dismissal. In response thereto, Attorney, Monte J. White, would show the following:

1. Denied.
2. Denied. Since Debtor, Paul Lewis Reis, Jr., was no longer employed, there was no need for a withdrawal of the wage withholding order. Mr. Yandell should also be well aware, because of his bankruptcy experience, that should a wage withholding order need to be withdrawn it is the Chapter 13 Trustee who would initiate such withdrawal, not Debtors' attorney. Mr. Yandell never called the office of Monte J. White and Associates with a request for facts or information regarding the history or status of this case.
3. Attorney, Monte J. White, supports the reinstatement of this case, and is not opposed to the substitution of counsel by Mr. Yandell and the payment of any remaining fees due under this plan to him.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Response to Motions for Relief from Order of Dismissal was served by ECF and/or mailed on February 1, 2010, to the following as indicated:

/s/Monte J. White

```
Label Matrix for local noticing      Bowie ISD                              Texoma Community Credit Union
0539-7                               c/o Andrew Dylan Wood                  3800 Sheppard Access Rd
Case 09-70166-hdh13                  Ray, Wood & Bonilla                    Wichita Falls, TX 76306-4227
Northern District of Texas           P O Box 165001
Wichita Falls                        Austin, TX 78716-5001
Mon Feb  1 13:53:43 CST 2010

1100 Commerce Street                 1st Nationwide-Most Funding 2          AT & T Wireless
Room 1254                            Po Box 1418                            PO Box 62005
Dallas, TX 75242-1305                Camarillo, CA 93011-1418               Dallas, TX 75262



Arrow Fin Svcs-AFS Assignee of Cortrust   Arrow Financial Svcs-Premier Bank   Asset Acceptance LLC
5996 W Touhy Ave                          5996 W Touhy Ave                    Po Box 2036
Niles, IL 60714-4610                      Niles, IL 60714-4610                Warren MI 48090-2036



Asset Acceptance-Dell Financial Svcs   Atlantic Credit-HSBC                 Bac - Fleet Bankcard
PO Box 2036                            P O Box 13386                        PO Box 26012
Warren, MI 48090-2036                  Roanoke, VA 24033-3386               Greensboro, NC 27420-6012



Bowie Memorial Hospital              Cac Financial Corp                     Calvary Portfolio Services-AT & T
705 E Greenwood Ave                  2601 Nw Expressway                     Attention:  Bankruptcy Department
Bowie, TX 76230-3199                 Oklahoma City, OK 73112-7236           PO Box 1017
                                                                            Hawthorne, NY 10532-7504



(c)CBE GROUP-DIRECTTV                Citibank                               Collection-Progressive Insurance
131 TOWER PARK DR STE 1              8875 Aero Dr                           Po Box 9134
WATERLOO IA  50701-9590              San Diego, CA 92123-2251               Needham, MA 02494-9134



Continental                          Credit Adjust-Collection Agency-TX Mem   Credit Solutions Corp
Attn: Recovery                       2601 NW Express Way                      9573 Chesapeake Dr Ste 1
652 Bush River Rd                    Suite 1000 E                             San Diego, CA 92123-1304
Columbia, SC 29210-7521              Oklahoma City, OK 73112-7238



Executive Services-Clinics of North TX   Executive Services-Texoma Urology   Financial Control Svcs-Bowie-Mem Hosp
1200 Austin St                           1200 Austin St                      PO Box 21626
Wichita Falls, TX 76301-4623             Wichita Falls, TX 76301-4623        Waco, TX 76702-1626



First National Bank of Marin-Credit One   First Premier Bank                 Hsbc Bank
Customer Service                          PO Box 5524                        Po Box 5253
PO Box 98873                              Sioux Falls, SD 57117-5524         Carol Stream, IL 60197-5253
Las Vegas, NV 89193-8873



IRS Special Procedures               JC Penney-GE Money Bank                LVNV Funding LLC
1100 Commerce St., Room 951          Attention:  Bankruptcy Department      Resurgent Capital Services
Mail Stop 5029 DAL                   PO Box 103106                          PO Box 10587
Dallas, TX 75242-1001                Roswell, GA 30076-9106                 Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Lacks Furniture<br>2391 Ne Loop Suite 201<br>San Antonio, TX 78217 | Midland Credit Mgmt-SW Bell<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | Midnight Velvet<br>Swiss Colony Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Montague CAD-City of Bowie<br>PO Box 121<br>Montague, TX 76251-0121 | Montague County<br>c/o Sherrel K. Knighton<br>Linebarger Goggan Blair & Sampson,LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2644 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 |
| NCO - Medclr-Wise Emergency Med Assoc<br>Attention: Bankruptcy<br>1804 Washington Blvd. Suite 450<br>Baltimore, MD 21230-1700 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Nco Fin-09-DirectTV<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Credit One Bank,n.a.<br>POB 41067<br>NORFOLK VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Orchard Bank/Non Prime<br>POB 41067<br>NORFOLK VA 23541-1067 | Paragonway-Lacks<br>2101 West Ben Whit<br>Austin, TX 78704-7516 |
| Portfolio Recoveries-Collect America<br>Attention: Bankruptcy Department<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Portfolio Recovery-HSBC<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | RJM Acquisitions Funding LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791-3416 |
| Radiology of North Texas, P.A.<br>800 Rockmead Dr, Ste 210<br>Kingwood, TX 77339-2113 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Swiss Colony Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| TX Emergency Staffing Solution<br>PO Box 96118<br>Oklahoma City, OK 73143-6118 | Texoma Community Cr Un<br>Po Box 1320<br>Wichita Falls, TX 76307-1320 | The Local Federal Credit Union<br>8500 N Stemmons Fwy Ste<br>Dallas, TX 75247-3832 |
| (p)VANDERBILT MORTGAGE AND FINANCE INC<br>P O BOX 9800<br>MARYVILLE TN 37802-9800 | West Asset Mgt-Denton Regional Med Ctr<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | Wise Emergency Med Assoc, PA<br>PO Box 830<br>San Antonio, TX 78293-0830 |
| Wise Regional Health System<br>2000 FM 51 South<br>Decatur, TX 76234-3702 | Marithea Evelyn Reis<br>689 Williamson Rd<br>Bowie, TX 76230-8836 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 |
| Paul Lewis Reis Jr.<br>689 Williamson Rd<br>Bowie, TX 76230-8836 | Ronald L. Yandell<br>Law Offices of Ron L. Yandell<br>705 Eighth St., Suite 720<br>Wichita Falls, TX 76301-6524 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |

Walter 12,13 Ocheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Vanderbilt Mortgage
500 Alcoa Trail
Maryville, TN 37804

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group-DirectTV
131 Towe Park Dr Suite 1
Waterloo, IA 50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Montague County                  (d)Bowie ISD                         (d)Vanderbilt Mortgage and Finance, Inc.
                                    c/o Andrew Dylan Wood                P.O. Box 9800
                                    Ray, Wood & Bonilla                  Maryville, TN 37802-9800
                                    P. O. Box 165001
                                    Austin, TX 78716-5001

End of Label Matrix
Mailable recipients     60
Bypassed recipients      3
Total                   63